```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :      1:22-MJ-09611
      -against-                      :
                                     :           ORDER
   Delilah Cummings                  :
                                     :
       Defendant                     :
                                     :
-------------------------------------X
```

Katherine H. Parker, United States Magistrate Judge:

Upon the report of Pretrial Services, it is hereby ORDERED that the defendant's bail be modified to include the conditions of mental health assessment and treatment under the guidance of Pretrial Services.

Dated: New York, New York

March __17__, 2023

SO ORDERED:

*Katherine H. Parker*
_____
Katherine H. Parker
United States Magistrate Judge